IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00090-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ANTHONY TYRONE BODDIE,<br>    Defendant,<br><br>and<br><br>AUTO TRUCK TRANSPORT USA, LLC,<br>    Garnishee. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Government's motion for dismissal of the writ of continuing garnishment (Doc. No. 18), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the writ of continuing garnishment (Doc. No. 15) is **DISMISSED**.

**SO ORDERED**.

Signed: September 19, 2023

Susan C. Rodriguez
United States Magistrate Judge

1